■ Two CLINTON SQUARE CORP., Appellant, v ALAN ROSOFF, Respondent.—Order and judgment unanimously affirmed, with costs, on the opinion at Special Term, Tenney, J. (Appeal from order and judgment of Onondaga

Supreme Court—dismiss complaint.) Present—Marsh, P. J., Moule, Denman, Goldman and Witmer, JJ.